UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/05/2019

------------------------------------------------------------X
VICTOR ALVAREZ,
                              Petitioner,

              -against-

UNITED STATES OF AMERICA,
                              Respondent.
------------------------------------------------------------X

16 Civ. 4515 (LGS)
93 Cr. 181-09 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 4, 2019, Petitioner Victor Alvarez's motion for leave to file a successive § 2255 motion was granted and transferred to the district court. It is hereby

**ORDERED** that Petitioner and the Government file a joint letter by **December 13, 2019** indicating whether the Government intends to oppose Petitioner's motion and, if so, proposing a briefing schedule.

Dated: December 5, 2019
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**